

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:                                )    Case No. 08-24871-C-7
                                       )
TINA M. TILLMAN,                       )    DC Nos. TT-1
                                       )            TT-2
                                       )
            Debtor(s).                 )
_____)

**MEMORANDUM DECISION ON MOTIONS TO AVOID LIEN**

It appearing service having been made in accordance with California Code of Civil Procedure 684.020 upon the judgment creditors' counsel of record, and it further appearing that entry of default is appropriate and that, accepting well-pleaded facts as true, each of the judgment liens impairs the debtor's exemptions in property subject to the liens, the liens will be avoided.

Appropriate orders will issue.

Dated:  May 28, 2008.

_____
UNITED STATES BANKRUPTCY JUDGE

Case 08-24871    Filed 05/28/08    Doc 31

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Chase Legal Department
300 S. Grand Ave., 4th Floor
Los Angeles, CA 90071

HSBC
c/o Winn Law Group
110 E. Wilshire Ave., #212
Fullerton, CA 92832

Tina M. Tillman
8463 Trimmer Way
Sacramento, CA 95828

Dated: 5-29-08

/s/ DEPUTY CLERK

K. Villere

- 2 -